## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jay Henry Hrywnak      BK NO. 22-02312 MJC

Debtor(s)

Chapter 7

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE MONEY SOURCE and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
12 Dec 2022, 09:38:29, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322