United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02312-MJC |
| Jay Henry Hrywnak | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 13, 2023 | Form ID: ntnoshow | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jay Henry Hrywnak, 1487 SR 502, Moscow, PA 18444-6424 |
| 5510365 | | James and Barbara Serfass, 1491 State Route 302, Spring Brook Twp, PA 18444 |
| 5510359 | + | Marvin Pollack, 1127 Lackawanna Trail, Clarks Summit, PA 18411-9257 |
| 5510360 | + | North Pocono School District, 701 church Street, Moscow, PA 18444-9392 |
| 5510361 | + | PNC Equipment Financing, 655 Business Center Drive, Suite 250, Horsham, PA 19044-3448 |
| 5510362 | + | Raymond W. Ferrario, P.C., 538 Biden Street, Suite 528, Scranton, PA 18503-1816 |
| 5510363 | | Robert Kuniegal, Moscow, PA 18444 |
| 5510367 | + | Roy Jenkins, 26 Regials Road, Moscow, PA 18444-6411 |
| 5510364 | | Thomas Kazmierczak, 1487 State Route 302, Spring Brook Twp, PA 18444 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 13 2023 18:50:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5510358 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2023 18:38:00 | IRS, PO Box 931000, Louisville, KY 40293-1000 |
| 5510366 | | Email/Text: bankruptcy@sccompanies.com | Feb 13 2023 18:38:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5509227 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2023 18:50:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5508893 | | Money Source |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Feb 13, 2023 | Form ID: ntnoshow | Total Noticed: 13 |

Date: Feb 15, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John J Martin | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| John R. OBrien | on behalf of Debtor 1 Jay Henry Hrywnak jrob@oprlaw.com |
| Michael Patrick Farrington | on behalf of Creditor THE MONEY SOURCE mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jay Henry Hrywnak,   Chapter 7

**Debtor 1**

Case No.   5:22−bk−02312−MJC

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **March 6, 2023** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 6, 2023**.

**If no objections are filed by March 6, 2023, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 13, 2023 |

ntnoshow (07/18)