| | |
|---|---|
| In re: | Case No. 22-02312-MJC |
| Jay Henry Hrywnak | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 20, 2023 | Form ID: ordsmiss | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jay Henry Hrywnak, 1487 SR 502, Moscow, PA 18444-6424 |
| 5510365 | | James and Barbara Serfass, 1491 State Route 302, Spring Brook Twp, PA 18444 |
| 5510359 | + | Marvin Pollack, 1127 Lackawanna Trail, Clarks Summit, PA 18411-9257 |
| 5510360 | + | North Pocono School District, 701 church Street, Moscow, PA 18444-9392 |
| 5510361 | + | PNC Equipment Financing, 655 Business Center Drive, Suite 250, Horsham, PA 19044-3448 |
| 5510362 | + | Raymond W. Ferrario, P.C., 538 Biden Street, Suite 528, Scranton, PA 18503-1816 |
| 5510363 | | Robert Kuniegal, Moscow, PA 18444 |
| 5510367 | + | Roy Jenkins, 26 Regials Road, Moscow, PA 18444-6411 |
| 5510364 | | Thomas Kazmierczak, 1487 State Route 302, Spring Brook Twp, PA 18444 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Mar 20 2023 22:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5510358 | | EDI: IRS.COM | Mar 20 2023 22:37:00 | IRS, PO Box 931000, Louisville, KY 40293-1000 |
| 5510366 | | EDI: CBS7AVE | Mar 20 2023 22:36:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5509227 | + | EDI: RMSC.COM | Mar 20 2023 22:37:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5508893 | | Money Source |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Mar 20, 2023 | Form ID: ordsmiss | Total Noticed: 13 |

Date: Mar 22, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John J Martin | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| John R. OBrien | on behalf of Debtor 1 Jay Henry Hrywnak jrob@oprlaw.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov |
| Michael Patrick Farrington | on behalf of Creditor THE MONEY SOURCE mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jay Henry Hrywnak,       Chapter    7

    **Debtor 1**

         Case No.    5:22−bk−02312−MJC

### Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: March 20, 2023

ordsmiss (05/18)